Amanda R. Stevens, Esq. (SBN 252350)
astevens@calsubro.com
Matthew H. Green, Esq. (SBN 307214)
mgreen@calsubro.com
**SCHROEDER LOSCOTOFF STEVENS LLP**
7410 Greenhaven Drive, Suite 200
Sacramento, CA 95831
Telephone (916) 438-8300
Facsimile (916) 438-8306

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Pavan L. Rosati, Esq. (SBN 146171)
prosati@gnhllp.com
**GOODMAN NEUMAN HAMILTON LLP**
One Post Street, Suite 2100
San Francisco, CA 94104
Telephone (415) 705-0400
Facsimile (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | Case No.: 5:21-cv-01585 SB (KKx) |
| ) | |
| Plaintiff, ) | |
| ) | **JOINT NOTICE OF** |
| v. ) | **SETTLEMENT** |
| ) | |
| HOME DEPOT U.S.A., INC. and ) | |
| DOES 1 to 20, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties to the above-entitled action hereby submit this Joint Notice of Settlement. The parties wish to inform the Court they have reached a settlement in principle of the above-entitled action. The parties are in the process of finalizing a formal settlement agreement. The parties respectfully request the Court allow at least forty-five (45) days for them to file a stipulation of dismissal with prejudice in compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further request the Court place a stay on any applicable scheduling order and upcoming deadlines, as well as continuing the upcoming Mandatory Scheduling Conference scheduled for November 5th, 2021 at 8:30 a.m. in Courtroom 6C to a date more than forty-five (45) days after the filing of this Joint Notice of Settlement.

RESPECTFULLY SUBMITTED:

Dated: November 1, 2021                    **SCHROEDER LOSCOTOFF STEVENS LLP**

By: _/s/ Amanda R. Stevens, Esq._
     AMANDA R. STEVENS, ESQ.
     MATTHEW H. GREEN, ESQ.
     Attorneys for Plaintiff
     ALLSTATE INSURANCE COMPANY

Dated: November 1, 2021                    **GOODMAN NEUMAN HAMILTON LLP**

By: _/s/ Pavan L. Rosati, Esq._
     PAVAN L. ROSATI, ESQ.
     Attorneys for Defendant
     HOME DEPOT U.S.A., INC.