FILED
CLERK, U.S. DISTRICT COURT
November 17, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. and DOES 1 to 20,<br><br>Defendants. | Case No. 5:21-cv-01585 SB (KKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having reviewed the Parties' Stipulation for Dismissal with Prejudice, the Court hereby grants the Parties' request and dismisses Case No. 5:21-cv-01585 SB (KKx) in its entirety with prejudice.

**IT IS SO ORDERED**.

Dated: November 17, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1